# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3259

_____

| | | |
|---|---|---|
| Stephanie J. Woods, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Daniel R. Glickman, Secretary, United | * | [UNPUBLISHED] |
| States Department of Agriculture, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 23, 2003
Filed: April 28, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Stephanie Woods appeals from the district court's[1] adverse grant of summary judgment in her employment action against the United States Department of Agriculture, in which she had alleged race and disability discrimination. Having reviewed de novo the record and carefully considered the parties' briefs, we agree with the conclusions and reasoning explained in the district court's thorough

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

memorandum opinion.  See Whitley v. Peer Review Sys., Inc., 221 F.3d 1053, 1055 (8th Cir. 2000) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.